ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

04-10458NG

---

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the **November 8, 2003**
**Tarver/Jones**, Program,

        Plaintiff,

-against-

"JOHN DOE", said name being fictitious, the true name being unknown to Plaintiff, Individually, and as officer, director, shareholder and/or principal of KEVIN'S CULTURAL CORNER, INC. d/b/a KEVIN'S BAR AND GRILLE a/k/a KEVIN'S BAR & GRILLE, and KEVIN'S CULTURAL CORNER, INC. d/b/a KEVIN'S BAR AND GRILLE a/k/a KEVIN'S BAR & GRILLE;

        Defendants.

Civil Action No.

---

## CORPORATE DISCLOSURE STATEMENT

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **GARDEN CITY BOXING CLUB, INC.**, and said corporation's securities are not publicly traded.

Dated: February 2, 2004
       Ellenville, New York

                                GARDEN CITY BOXING CLUB, INC.,

                                By: _____
                                WAYNE D. LONSTEIN, ESQ.
                                Attorney for Plaintiff
                                LONSTEIN LAW OFFICE, P.C
                                1 Terrace Hill, P.O. Box 351
                                Ellenville, New York 12428
                                Tel: (845) 647-8500
                                Fax: (845) 647-6277
                                *Our File No. 03-8MA-01*