# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS BOSTON DIVISION

CIVIL ACTION NO. 04-10458NG

GARDEN CITY BOXING CLUB, INC,
as Broadcast Licensee of the November
8, 2003 Tarver/Jones Program

PLAINTIFF

V.

GILLIAN BANKS, GENERAL MANAGER, DIRECTOR AND SOLE STOCKHOLDER
OF KEVIN'S CULTURAL CORNER, INC. d/b/a KEVIN'S BAR AND GRILLE a/k/a
KEVIN'S BAR & GRILLE and KEVIN'S CULTURAL CORNER, INC. d/b/a
KEVIN'S BAR AND GRILLE a/k/a KEVIN'S BAR & GRILLE

DEFENDANTS

---

## ANSWER

---

### JURISDICTION AND VENUE

1) Admitted.

2) Admitted.

3) Admitted.

4) Admit this Court has personal jurisdiction-otherwise denied.

## THE PARTIES

5) Admitted.

6) Gillian Banks(Banks) resides at 16 Rogers Avenue, Lynn Massachusetts 01902.

7) Kevin's Cultural Corner, Inc. d/b/a Kevin's Bar and Grille a/k/a Kevin's Bar & Grille (Kevin's) is a corporation with a place of business at 151 Central Avenue, Lynn MA 01901.

8) Admitted.

9) Denied.

10) Denied.

## COUNT I

11) Defendants incorporate by reference their answers in paragraphs " 1 through 10" inclusive.

12) Admitted.

13) Admitted.

14) Admitted.

15) Denied.

16) Denied.

17) Admitted.

2

18) Denied.

19) Denied.

20) Denied.

21) Denied.

## COUNT II

22) Defendants incorporate by reference their answers in paragraphs " 12 through 21" inclusive.

23) Denied.

24) Admitted.

25) Denied.

26) Denied.

27) Denied.

## COUNT III

28) Defendants incorporate by reference their answers in paragraphs " 22 through 27" inclusive.

29) Denied. Kevin's did tape part of the Program on a home television (about one hour of the said Program-preliminaries -not the main event) and it was shown at their place of business later in the evening of November 8, 2003.

30) Admitted.

31) Denied.

32) Denied.

33) Denied.

WHEREFORE, the Defendants request that this Complaint be dismissed.

Gillian Banks and Kevin's Cultural Corner, Inc.
d/b/a Kevin's Bar and Grille a/k/a Kevin's Bar &
Grille, by their Attorney,

_____
Joseph M. Sano
73 North Common Street
Lynn MA 01902
(781) 598-6766
BBO# 441360

April 6, 2004

## AFFIDAVIT OF SERVICE

I, Joseph M. Sano, Attorney for the Defendants, hereby give oath that a copy of this Answer was mailed by regular mail, postage prepaid and transmitted by facsimile on April 6, 2004 to the Attorney for the Plaintiff, Wayne D. Lonstein, Esq., Lonstein Law Office, P.C., 1 Terrace Hill : P.O. Box 351, Ellenville N.Y. 12428 (facsimile: 1-845-647-6277).

Signed under the penalties of perjury this 6th day of April, 2004.

_____
Joseph M. Sano