UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

**GARDEN CITY BOXING CLUB, INC.**,
as Broadcast Licensee of the **November 8, 2003, Tarver/Jones** Program,

                Plaintiff,

-against-

"JOHN DOE," said name being fictitious, the true name being unknown to Plaintiff, Individually, and as officer, director, shareholder and/or principal of KEVIN'S CULTURAL CORNER, INC., d/b/a KEVIN'S BAR AND GRILLE, a/k/a KEVIN'S BAR & GRILLE, and KEVIN'S CULTURAL CORNER, INC., d/b/a KEVIN'S BAR AND GRILLE, a/k/a KEVIN'S BAR & GRILLE,

                Defendants.

---

**Report of Parties' Planning Meeting**
Civil Action No. 04-10458 NG
Honorable Nancy Gertner

1. **Pursuant to Fed. R. Civ. P. 26 (f)**, a meeting was held on May 28, 2004, via telephone and was attended by the following:

    Rosalie A. Wallis, Esq.    Attorney for Plaintiff
    Joseph M. Sano, Esq.    Attorney for Defendants

2. **Pre-Discovery Disclosures**. Plaintiff and the Defendants will served the information required by Fed. R. Civ. P. 26 (a) (1) on or before **June 11, 2004**.

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   a.   Discovery will be needed on the following subjects:

   As to Plaintiff:

   1)   Operation and revenues of the defendants on and about November 8, 2003.

    2)    The manner, extent and nature of the telecommunications equipment present at the defendants' establishment on said date, including cable and/or satellite service at or adjacent to the defendants' premises.

    3)    Employees and witnesses present on the evening in question.

As to Defendants:

Defendants will seek discovery as is relevant and necessary to the defense of the matter.

b. All discovery commenced in time to be completed by **September 10, 2004.**

c. Maximum of 15 interrogatories by each party to any other party to be answered by no later than **August 6, 2004.**

d. Requests for admission by Plaintiff to be served by **June 18, 2004.** Requests for admission by Defendants to be served by **June 18, 2004.**

e. Maximum of four (4) depositions by Plaintiff and Defendants.

f. Each deposition is limited to a maximum of two (2) hours, unless extended by agreement of the parties.

g. Plaintiff and Defendant shall designate Experts by **August 31, 2004.**

h. Supplementation under Rule 26(e) due within 15 days of receipt of information or material.

**4. Other Items.**

a. The parties respectfully request a telephonic conference with the Court before entry of the scheduling order.

b. The parties request a pretrial conference in **November, 2004.**

c. Parties shall be allowed until **July 2, 2004,** to join additional parties and until **July 2, 2004,** to amend pleadings.

d. All dispositive motions should be filed by **October 22, 2004.**

e. Settlement negotiations are ongoing Judicial intervention may or may not be

      required, the parties will promptly advise the Court should negotiations break down.

    f.    Final list of witnesses and exhibits under Rule 26 (a) (3) should be due:

        1.    From Plaintiff by **November 12, 2004.**

        2.    From Defendants by **November 12, 2004.**

    g.    Parties should have 15 days after service of final lists of witnesses and exhibits to list objections under Rule 26 (a) (3).

    h.    The case should be ready for trial by **December 17, 2004,** and at this time is expected to take approximately **one** (1) day.

Dated: June 2, 2004

/s/ Wayne D. Lonstein  
Wayne D. Lonstein, Esq.  
Attorney for Plaintiff  
B.B.O. # 629060  
1 Terrace Hill, PO Box 351  
Ellenville, NY 12428  
Telephone: 845-647-8500  
Facsimile: 845-647-6277


/s/ Joseph M. Sano  
Joseph M. Sano, Esq.  
Attorney for Defendants  
B.B.O. # 441360  
73 North Common Street  
Lynn, MA 01902  
Telephone: 781-598-6766  
Facsimile: 781-599-1658