# United States District Court
# District of Massachusetts

GARDEN CITY BOXING CLUB,
    INC.,
        Plaintiff,

      v.                      CIVIL ACTION NO. 2004-10458-RBC

JOHN DOE, ETC.,
    (KEVIN'S CULTURAL CORNER, INC.)
        Defendant.

## *SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.*

COLLINGS, U.S.M.J.

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

    (1)    Automatic disclosures must be COMPLETED *FORTHWITH*.

    (2)    All discovery shall be filed and/or served *on or before the close of business on Wednesday, August 11, 2004* and COMPLETED *on or before the close of business on Tuesday, September 14, 2004*.

    (3)    Counsel shall report for a TELEPHONIC FURTHER SCHEDULING

CONFERENCE on *Tuesday, September 21, 2004 at 2:15 P.M.* at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

July 17, 2004.