# United States District Court
# District of Massachusetts

GARDEN CITY BOXING CLUB,
    INC.,
        Plaintiff,

      v.                      CIVIL ACTION NO. 2004-10458-RBC

JOHN DOE, ETC.,
    (KEVIN'S CULTURAL CORNER, INC.)
        Defendant.

## *ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION*

COLLINGS, U.S.M.J.

     After consideration of the various alternative dispute resolution programs (ADR) available and at the request of counsel, I find this case appropriate for ADR and accordingly, refer this case to the Honorable A. David Mazzone, Senior United States District Judge, for the following ADR:

\_\_\_\_EARLY NEUTRAL EVALUATION    \_X\_ MEDIATION
\_\_\_\_MINI-TRIAL    \_\_\_\_SUMMARY JURY TRIAL
\_\_\_\_SETTLEMENT CONFERENCE    \_\_\_\_SPECIAL MASTER
\_\_\_\_PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

    Upon notification of the time and place designated for the proceeding,

counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

*COUNSEL REQUEST THAT THE MEDIATION SESSION BE SCHEDULED AFTER JULY 16, 2004.*

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: June 17, 2004.

CASE CATEGORY

| | | | |
|---|---|---|---|
| Antitrust | _____ | Bankruptcy | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | __X__ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | Social Security | _____ |
| Other | _____ | | |