UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **November 8, 2003**
**Tarver/Jones**  Program

                Plaintiff,

  -against-

"JOHN DOE", said name being fictitious, the true
name being unknown to Plaintiff, Individually,  and
as officer, director, shareholder and/or principal of
KEVIN'S CULTURAL CORNER, INC. d/b/a
KEVIN'S BAR AND GRILLE a/k/a KEVIN'S BAR
& GRILLE, and KEVIN'S CULTURAL CORNER,
INC. d/b/a KEVIN'S BAR AND GRILLE a/k/a
KEVIN'S BAR & GRILLE ;

                      Defendants.
---------------------------------------------------------

**NOTICE OF SETTLEMENT AND**
**ADMINISTRATIVE DISMISSAL**
Civil Action No. 04-10458 NG

      **GARDEN CITY BOXING CLUB, INC.,** Plaintiff in the above entitled action, hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, Plaintiff herewith moves to dismiss the above-styled action without prejudice and  without cost to either party pursuant to Rule 41 of the Federal Rules of Civil Procedure.

     This is based upon a settlement made between Plaintiff and Defendant wherein the Defendants will pay a certain consideration over a period of time not to exceed May 1, 2005.

     Plaintiff also moves to reserve the right, in the event of any non-payment by the Defendants named herein, to reopen and reinstate its claim against the Defendants.

Dated: August 9, 2004
       Ellenville, New York

                                       **GARDEN CITY BOXING CLUB, INC.**

                                       By:/s/   Wayne D. Lonstein
                                            Wayne D. Lonstein
                                            LONSTEIN LAW OFFICE, P.C.
                                            Attorneys for plaintiff
                                            Office & P.O. Address
                                            1  Terrace Hill : P.O. Box 351
                                            Ellenville, New York  12428

**SO ORDERED** this ____day of _____, 2004    Tel: (845) 647-8500


_____
**HON. NANCY GERTNER**
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

The foregoing Notice of Settlement and Administrative Dismissal was duly served on the following:

Joseph M. Sano, Esq.
73 North Common Street
Lynn, MA 01902
*Attorney for Defendant*


on this 9th day of August, 2004 via United States Postal Service, postage prepaid.

                                              /s/   Wayne D. Lonstein
                                              Wayne D. Lonstein