# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

GARDEN CITY BOXING
CLUB, INC.,
    Plaintiff,

v.

JOHN DOE, ET AL,,
    Defendants.

CIVIL ACTION NO:
04-10458-RBC

## *ORDER RE: SETTLEMENT*

COLLINGS, U.S.M.J.

    Counsel have advised that the above-styled case has been settled.

    Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Tuesday, December 14, 2004.**

                           **/s/ Robert B. Collings**
                              ROBERT B. COLLINGS
                             United States Magistrate Judge

September 16, 2004.

Notice to:

Wayne D. Lonstein, Esquire
Joseph M. Sano, Esquire