UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **November 8, 2003**
**Tarver/Jones** Program

                Plaintiff,

-against-

"JOHN DOE", said name being fictitious, the true name being unknown to Plaintiff, Individually, and as officer, director, shareholder and/or principal of KEVIN'S CULTURAL CORNER, INC. d/b/a KEVIN'S BAR AND GRILLE a/k/a KEVIN'S BAR & GRILLE, and KEVIN'S CULTURAL CORNER, INC. d/b/a KEVIN'S BAR AND GRILLE a/k/a KEVIN'S BAR & GRILLE ;

                Defendants.

---

**STIPULATION OF SETTLEMENT AND ADMINISTRATIVE DISMISSAL**
Civil Action No. 04-10458 NG

      Plaintiff, GARDEN CITY BOXING CLUB, INC., hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, Plaintiff hereby moves that the above entitled action be dismissed with prejudice and without costs to any party, pursuant to Rule 41 (a)(1)(ii) of the Federal rules of Civil Procedure.

      This is based upon a settlement made between Plaintiff and Defendant wherein the Defendants will pay a certain consideration over a period of time not to exceed May 1, 2005.

      Plaintiff also moves to reserve the right, in the event of any non-payment by the Defendants named herein, to reopen and reinstate its claim against the Defendants.

Dated: February 22, 2005
        Ellenville, New York

LONSTEIN LAW OFFICE, P.C.            JOSEPH M. SANO, ESQ.

By:/s/   Wayne D. Lonstein            By:   /s/   Joseph M. Sano, Esq.
   Wayne D. Lonstein, Esq.                Joseph M. Sano, Esq.
   Attorneys for Plaintiff                    Attorney for Kevin's Bar & Grille
   Office and P.O. Address                73 North Common Street
   1 Terrace Hill : P.O. Box 351           Lynn, MA 01902
   Ellenville, New York 12428            Telephone: (781)598-6766
   Telephone: (845) 647-8500

 SO ORDERED THIS _____ day of _____, 2005

_____
HON. ROBERT B. COLLINGS
U.S.D.M.J.